Honorable Rudolph Contreras

Re: Civil Action: 21-1475

I am requesting additional time to obtain adequate legal representation to support me with moving forward this case.

**LEAVE TO FILE DENIED**
This case has been appealed 24-7142. The Clerk is directed to forward this to the Circuit.
1/14/2025

Respectfully,

Mark Jackson

202-907-2122

District of Columbia
Signed and sworn to (or affirmed) before me on
1-03-25 by Mark Jackson
(Date)   Name(s) of Individual(s) Making Statement
Signature of Notarial Officer: _M.J_
Title of Office: Notary Public
My Commission Expires: 06/14/2029



MARIAH K. JOYNES
Notary Public, District of Columbia
My Commission Expires 6/14/2029

**RECEIVED**
JAN -3 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia